### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ADAM CLARK,**

**Plaintiff,**

-vs-                                                    **Case No.  6:11-cv-1449-Orl-31GJK**

**SS GOLF GROUP, INC.; ERROL ESTATE
COUNTRY CLUB, LTD.;  and DAVID
SCHRADER,**

**Defendants.**
_____

## ORDER

This cause comes before the Court on the Motion for Entry of  Default Final Judgment against Defendants SS Golf Group, Inc. and David Schrader  (Doc. No. 27), filed November 7, 2011.

On December 6, 2011, the United States Magistrate Judge issued a report (Doc. No. 30) recommending that the motion be granted in part. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **ADOPTED** and **CONFIRMED** as part of this Order.

2.      The Motion for Default Judgment is **GRANTED in part** such that Plaintiff is awarded damages and costs in the following amounts:  $1,044.00 in damages for unpaid wages; $1,044.00 in liquidated damages for unpaid wages; $783.36 in damages for unpaid overtime;

$783.36 in liquidated damages for unpaid overtime; and $707.00 in costs.  In all other respects the

motion is **DENIED**.

      3.     The Clerk is directed to enter default judgment in favor of Plaintiff and against

Defendants SS Golf Group, Inc. and David Schrader in the amount of $4,361.72 and thereafter

terminate these defendants.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on this 3rd day of January, 2012.

 

                    GREGORY A. PRESNELL
                    **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party