# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ADAM CLARK,**

        **Plaintiff,**

-vs-                                             **Case No. 6:11-cv-1449-Orl-31GJK**

**SS GOLF GROUP, INC.; ERROL ESTATE COUNTRY CLUB, LTD.; and DAVID SCHRADER,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Motion for Final Default Judgment against Defendant Errol Estate Country Club, Ltd. (Doc. No. 44), filed February 23, 2012.

On March 28, 2012, the United States Magistrate Judge issued a report (Doc. No. 46) recommending that the motion be granted in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED in part** such that Plaintiff is awarded damages and costs in the following amounts: $1,044.00 in damages for unpaid wages; $1,044.00 in liquidated damages for unpaid wages; $783.36 in damages for unpaid overtime; $783.36 in liquidated damages for unpaid overtime; and $709.50 in costs. In all other respects the motion is **DENIED**.

3. The Clerk is directed to enter default judgment in favor of Plaintiff and against Defendant Errol Estate Country Club, Ltd. in the amount of $4,364.22 and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 16th day of April, 2012.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party